IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE L. HINES,

        Petitioner,

v.

GOVERNOR RICK SCOTT, et al.,

        Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4320

Opinion filed February 6, 2015.

Petition for Writ of Prohibition -- Original Jurisdiction.

Willie L. Hines, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of prohibition is denied on the merits.

PADOVANO, WETHERELL, and BILBREY, JJ., CONCUR.